# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
KOLTZ, JOYCE                              §        Case No. 09-42654
                                          §
              Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter       of the United States Bankruptcy Code was filed on
    . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 09-42654 | JBS | Judge: JACK B. SCHMETTERER |
|---|---|---|---|
| Case Name: | KOLTZ, JOYCE | | |

For Period Ending:  03/31/14

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 01/20/10 (c) |
| 341(a) Meeting Date: | 02/26/10 |
| Claims Bar Date: | 06/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1.  PRIMARY RESIDENCE - 416 SOUTHWOOD CIRCLE, STREAMWO | 175,000.00 | 5,854.08 | OA | 0.00 | FA |
| 2.  RENTAL PROPERTY - 3232 N. HALSTEAD, CHICAGO, IL 60 | 250,500.00 | 0.00 | | 0.00 | FA |
| 3.  PROPERTY IN TRUST - 5243 W ALTGELD, CHICAGO, IL 60 | 171,000.00 | 21,593.06 | | 30,272.00 | FA |
| 4.  CHECKING ACCOUNT | 50.00 | 50.00 | | 0.00 | FA |
| 5.  FURNITURE - COUCH, BED, TABLES, APPLIANCES | 900.00 | 900.00 | | 0.00 | FA |
| 6.  WORK CLOTHES | 700.00 | 700.00 | | 0.00 | FA |
| 7.  ADP - 401(K) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 8.  1997 FORD EXPLORER - 184,000 MILES | 900.00 | 900.00 | | 0.00 | FA |
| 9.  TAX REFUND (u) | 0.00 | 0.00 | | 893.00 | FA |
| 10. RENT RECEIPTS - ALT (u) | 0.00 | 0.00 | | 2,788.86 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.39 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $629,050.00 | $59,997.14 | | $33,957.25 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement of RE with Debtor approved by court, time payments being made

-claims objections filed/heard

ready for TFR as soon as payments from D have been completed (summer 2014)

Initial Projected Date of Final Report (TFR): 12/31/12         Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42654 -JBS | |
| Case Name: | KOLTZ, JOYCE | |
| Taxpayer ID No: | *******0917 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7746  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 20,627.95 | | 20,627.95 |
| 09/07/12 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #26 | 1110-000 | 688.00 | | 21,315.95 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.01 | 21,302.94 |
| 10/17/12 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #27 | 1110-000 | 688.00 | | 21,990.94 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 21,977.17 |
| 11/07/12 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #28 | 1110-000 | 688.00 | | 22,665.17 |
| 12/05/12 | 3 | Joyce Koltz | Settlement payment number 29 | 1110-000 | 688.00 | | 23,353.17 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.89 | 23,339.28 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 23,324.47 |
| 01/09/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT # 30 | 1110-000 | 688.00 | | 24,012.47 |
| 01/29/13 | 010001 | Cook County Recorder of Deeds 118 N. Clark Chicago, IL 60610 | Record of deed Fee Record of deed Fee | 2990-000 | | 52.00 | 23,960.47 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.43 | 23,925.04 |
| 02/08/13 | 3 | JOYCE KOLTZ | PAYMENT # 31 | 1110-000 | 688.00 | | 24,613.04 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.88 | 24,580.16 |
| 03/12/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #32 | 1110-000 | 688.00 | | 25,268.16 |
| 03/22/13 | 010002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 21.08 | 25,247.08 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.24 | 25,209.84 |
| 04/09/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #33 | 1110-000 | 688.00 | | 25,897.84 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.99 | 25,860.85 |
| 05/08/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT # 34 | 1110-000 | 688.00 | | 26,548.85 |
| 06/05/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #35 | 1110-000 | 688.00 | | 27,236.85 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.24 | 27,197.61 |
| 07/03/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #36 | 1110-000 | 688.00 | | 27,885.61 |

Page Subtotals    28,195.95    310.34

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 09-42654  -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KOLTZ, JOYCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7746  Checking Account |
| Taxpayer ID No: | *******0917 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.00 | 27,846.61 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.34 | 27,805.27 |
| 08/09/13 | 3 | JOYCE KOLTZ | PAYMENT NUMBER 37 | 1110-000 | 688.00 | | 28,493.27 |
| 09/06/13 | 3 | JOYCE KOLTZ | DEPOSIT # 13 PAYMENT # 38 | 1110-000 | 688.00 | | 29,181.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.10 | 29,139.17 |
| 10/07/13 | 3 | JOYCE KOLTZ 416 SOUTHWOOD CIRCLE STREAMWOOD IL 60107 | PAYMENT # 39 | 1110-000 | 688.00 | | 29,827.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.76 | 29,785.41 |
| 11/06/13 | 3 | JOYCE KOLTZ | PAYMENT #40 | 1110-000 | 688.00 | | 30,473.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.05 | 30,429.36 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.62 | 30,385.74 |
| 12/09/13 | 3 | JOYCE KOLTZ | PAYMENT # 41 | 1110-000 | 688.00 | | 31,073.74 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.93 | 31,027.81 |
| 01/13/14 | 3 | JOYCE KOLTZ | MONTHLY PAYMENT 42 | 1110-000 | 688.00 | | 31,715.81 |
| 02/07/14 | 3 | JOYCE KOLTZ | PAYMENT NUMBER 43 | 1110-000 | 688.00 | | 32,403.81 |
| 02/07/14 | 010003 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 34.78 | 32,369.03 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.86 | 32,322.17 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.22 | 32,278.95 |
| 03/10/14 | 3 | JOYCE KOLTZ | PAYMENT # 44 | 1110-000 | 688.00 | | 32,966.95 |

Page Subtotals          5,504.00          422.66

LFORM24                                                                                       Ver: 18.00a

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42654  -JBS | |
| Case Name: | KOLTZ, JOYCE | |
| | | |
| Taxpayer ID No: | *******0917 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7746  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,699.95 | 733.00 | 32,966.95 |
| | | | Less:  Bank Transfers/CD's | | 20,627.95 | 0.00 | |
| | | | Subtotal | | 13,072.00 | 733.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,072.00 | 733.00 | |

Page Subtotals                 0.00                 0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit B

Case No:         09-42654  -JBS

Case Name:    KOLTZ, JOYCE

Taxpayer ID No:    *******0917

For Period Ending:  03/31/14

Trustee Name:              ANDREW J. MAXWELL, TRUSTEE

Bank Name:                  Bank of America, N.A.

Account Number / CD #:       *******8683  Money Market - Interest Bearing

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/10 | 9 | United States Treasury | TAX REFUND | 1224-000 | 893.00 | | 893.00 |
| 04/26/10 | 10 | Joyce Koltz | April Rent - 5243 W. Altgeld | 1222-000 | 207.86 | | 1,100.86 |
| 04/26/10 | 10 | Joyce Koltz | April Rent - 5243 W. Altgeld | 1222-000 | 1,000.00 | | 2,100.86 |
| 05/24/10 | 10 | Joyce Koltz | May Rent - 5243 W. Altgeld | 1222-000 | 1,000.00 | | 3,100.86 |
| 05/24/10 | 10 | Joyce Koltz | May Rent - 5243 Altgeld | 1222-000 | 581.00 | | 3,681.86 |
| 05/28/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 3,681.91 |
| 06/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,682.01 |
| 07/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,682.10 |
| 08/16/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #1 | 1110-000 | 688.00 | | 4,370.10 |
| 08/31/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #2 | 1110-000 | 688.00 | | 5,058.10 |
| 08/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 5,058.20 |
| 09/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,058.32 |
| 10/01/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT#3 | 1110-000 | 688.00 | | 5,746.32 |
| 10/29/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,746.45 |
| 11/04/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #4 | 1110-000 | 688.00 | | 6,434.45 |
| 11/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,434.61 |
| 12/01/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #5 | 1110-000 | 688.00 | | 7,122.61 |
| 12/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,122.79 |
| 01/06/11 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #6 | 1110-000 | 688.00 | | 7,810.79 |
| 01/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,810.98 |
| 02/07/11 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #7 | 1110-000 | 688.00 | | 8,498.98 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 11.85 | 8,487.13 |
| | | ONE SHELL SQUARE | Bond# 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/28/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,487.19 |
| 03/01/11 | 3 | Joyce Koltz | Settlement Payment # 8 | 1110-000 | 688.00 | | 9,175.19 |
| 03/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,175.27 |

Page Subtotals                    9,187.12                11.85

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 18.00a

Page:   5

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   09-42654  -JBS

Case Name:   KOLTZ, JOYCE

Taxpayer ID No:   *******0917

For Period Ending:   03/31/14

Trustee Name:   ANDREW J. MAXWELL, TRUSTEE

Bank Name:   Bank of America, N.A.

Account Number / CD #:   *******8683  Money Market - Interest Bearing

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/11 | 3 | Joyce Koltz | Settlement Payment #9 | 1110-000 | 688.00 | | 9,863.27 |
| 04/29/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,863.35 |
| 05/11/11 | 3 | Joyce Koltz | settlement payment #10 | 1110-000 | 688.00 | | 10,551.35 |
| 05/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,551.44 |
| 06/07/11 | 3 | joyce koltz | settlement payment #11 | 1110-000 | 688.00 | | 11,239.44 |
| 06/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,239.53 |
| 07/07/11 | 3 | Joyce Koltz | settlement payment #12 | 1110-000 | 688.00 | | 11,927.53 |
| 07/29/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,927.62 |
| 08/08/11 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #13 | 1110-000 | 688.00 | | 12,615.62 |
| 08/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,615.73 |
| 09/07/11 | 3 | JOYCE KOLTZ | Settlement Payment #14 | 1110-000 | 688.00 | | 13,303.73 |
| 09/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,303.84 |
| 10/10/11 | 3 | Joyce Koltz | Settlement Payment #15 | 1110-000 | 688.00 | | 13,991.84 |
| 10/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,991.96 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 17.46 | 13,974.50 |
| 11/09/11 | 3 | Joyce Koltz 416 Southwood Cir Streamwood, IL 60103 | Settlement Payment #16 | 1110-000 | 688.00 | | 14,662.50 |
| 11/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,662.62 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 17.68 | 14,644.94 |
| 12/08/11 | 3 | Joyce Koltz | Settlement Payment #17 | 1110-000 | 688.00 | | 15,332.94 |
| 12/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,333.06 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 18.56 | 15,314.50 |
| 01/12/12 | 3 | JOYCE KOLTZ | Settlement Payment #18 | 1110-000 | 688.00 | | 16,002.50 |
| 01/31/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,002.64 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.48 | 15,982.16 |
| 02/07/12 | 3 | Joyce Koltz | Settlement  Payment #19 | 1110-000 | 688.00 | | 16,670.16 |
| 02/29/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,670.29 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 19.56 | 16,650.73 |

Page Subtotals   7,569.20   93.74

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-42654 -JBS |
| Case Name: | KOLTZ, JOYCE |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8683  Money Market - Interest Bearing |

| | |
|---|---|
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/16/12 | 3 | Joyce Koltz | settlement payment #20 | 1110-000 | 688.00 | | 17,338.73 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 12.78 | 17,325.95 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,326.09 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.75 | 17,305.34 |
| 04/13/12 | 3 | Joyce Koltz | Settlement Payment #21 | 1110-000 | 688.00 | | 17,993.34 |
| 04/30/12 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 17,993.49 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 22.35 | 17,971.14 |
| 05/09/12 | 3 | JOYCE KOLTZ | Settlement Payment #22 | 1110-000 | 688.00 | | 18,659.14 |
| 05/31/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,659.30 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 23.31 | 18,635.99 |
| 06/05/12 | 3 | Joyce koltz | Payment Settlement #23 | 1110-000 | 688.00 | | 19,323.99 |
| 06/29/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 19,324.14 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 22.69 | 19,301.45 |
| 07/10/12 | 3 | JOYCE KOLTZ | Settlement Payment #24 | 1110-000 | 688.00 | | 19,989.45 |
| 07/31/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,989.62 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 25.85 | 19,963.77 |
| 08/16/12 | 3 | Joyce Koltz | Settlement Payment #25 | 1110-000 | 688.00 | | 20,651.77 |
| 08/30/12 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,651.93 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 23.98 | 20,627.95 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 20,627.95 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 4,128.93 | 20,779.66 |

Ver: 18.00a

LFORM24

FORM 2

Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42654  -JBS | |
| Case Name: | KOLTZ, JOYCE | |
| | | |
| Taxpayer ID No: | *******0917 | |
| For Period Ending: | 03/31/14 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******8683  Money Market - Interest Bearing | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,885.25 | 20,885.25 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 20,627.95 | |
| Subtotal | 20,885.25 | 257.30 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,885.25 | 257.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7746 | 13,072.00 | 733.00 | 32,966.95 |
| Money Market - Interest Bearing - ********8683 | 20,885.25 | 257.30 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 33,957.25 | 990.30 | 32,966.95 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                         Date: June 26, 2014

Case Number:   09-42654                          Claim Class Sequence
Debtor Name:   KOLTZ, JOYCE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $4,420.93 | $0.00 | $4,420.93 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $13,627.11 | $0.00 | $13,627.11 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $67.71 | $67.71 | $0.00 |
| 000001<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $10,968.10 | $0.00 | $10,968.10 |
| 000002<br>070<br>7100-00 | Porfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1037 | Unsecured | | $12,911.55 | $0.00 | $12,911.55 |
| 000003<br>070<br>7100-00 | CLC Consumer Loan SvcAgent for<br>E-Trade<br>Consumer Loan Services<br>Weltman Weinberg & Reis Co LPA<br>180 N LaSalle St Ste 2400<br>Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $29,367.17 | $0.00 | $29,367.17 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $29,336.93 | $0.00 | $29,336.93 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,826.79 | $0.00 | $1,826.79 |
| 000008<br>070<br>7100-00 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $10,363.47 | $0.00 | $10,363.47 |
| 000009<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,273.48 | $0.00 | $1,273.48 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 26, 2014

Case Number: 09-42654
Debtor Name: KOLTZ, JOYCE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|-------------------------|-------------|-------|----------------|--------------|---------------|
| 000010 070 7100-00 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $3,371.41 | $0.00 | $3,371.41 |
| 000011 070 7100-00 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $1,300.17 | $0.00 | $1,300.17 |
| 000012 070 7100-00 | U.S. Reif Park Place IL, LLC by Mid-America Asset c/o Robert D. Tepper Schenk, Annes, Brookman & Tepper, Ltd. 311 South Wacker Dr. SUite 5125 Chicago, IL 60606 | Unsecured | | $61,375.64 | $0.00 | $61,375.64 |
| 000013 070 7100-00 | U.S. Reif Park Place IL, LLC by Mid-America Asset c/o Robert D. Tepper Schenk, Annes, Brookman & Tepper, Ltd. 311 South Wacker Dr. SUite 5125 Chicago, IL 60606 | Unsecured | | $364,675.50 | $0.00 | $364,675.50 |
| 000014A 070 7100-00 | Plaza 32 Condominium Association c/o Steinberg & Steinberg, Ltd. 111 W. Washington St. Suite 1421 Chicago, IL 60602 | Unsecured | | $3,985.63 | $0.00 | $3,985.63 |
| 000015 070 7100-00 | CR Evergreen, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $5,130.38 | $0.00 | $5,130.38 |
| 000016 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000017 070 7100-00 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Unsecured | | $19,412.19 | $0.00 | $19,412.19 |
| 000018 070 7100-00 | Commonwealth Edison Company Bankruptcy Department 3 Lincoln Center Oakbrook Terrace, IL 60181 | Unsecured | | $338.81 | $0.00 | $338.81 |
| 000019 070 7100-00 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Unsecured | | $10,152.78 | $0.00 | $10,152.78 |

Page 3

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 26, 2014

Case Number:    09-42654
Debtor Name:    KOLTZ, JOYCE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000020 080 7200-00 | US BANK NA po bOX 5229 Cincinnati, OH 45201 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000021 080 7200-00 | The Bank of New York Mellon, et al c/o Prober & Raphael Attornys For Secured Creditor P.O. Box 4365 Woodland Hills, CA 91365-4365 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000014B 050 4110-00 | Plaza 32 Condominium Association c/o Steinberg & Steinberg, Ltd. 111 W. Washington St. Suite 1421 Chicago, IL 60602 | Secured | | $9,283.37 | $0.00 | $9,283.37 |
| | Case Totals: | | | $593,189.12 | $67.71 | $593,121.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-42654
Case Name: KOLTZ, JOYCE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014B | Plaza 32 Condominium Association | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK | $ | $ | $ |
| 000002 | Porfolio Recovery Associates, LLC | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | CR Evergreen, LLC | $ | $ | $ |
| 000009 | American Express Bank, FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | CAPITAL ONE BANK USA, N.A. | $ | $ | $ |
| 000011 | CAPITAL ONE BANK USA, N.A. | $ | $ | $ |
| 000012 | U.S. Reif Park Place IL, LLC by Mid-America Asset | $ | $ | $ |
| 000013 | U.S. Reif Park Place IL, LLC by Mid-America Asset | $ | $ | $ |
| 000014A | Plaza 32 Condominium Association | $ | $ | $ |
| 000015 | CR Evergreen, LLC | $ | $ | $ |
| 000016 | Roundup Funding, LLC | $ | $ | $ |
| 000017 | American Express Bank, FSB | $ | $ | $ |
| 000018 | Commonwealth Edison Company | $ | $ | $ |
| 000019 | Chase Bank USA NA | $ | $ | $ |
| 000003 | CLC Consumer Loan SvcAgent for E-Trade | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

          Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

          Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | The Bank of New York Mellon, et al | $ | $ | $ |
| 000020 | US BANK NA | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance         $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE