# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOLTZ, JOYCE | § | Case No. 09-42654 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/29/2014 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2014                By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KOLTZ, JOYCE § Case No. 09-42654
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 36,709.25 |
| and approved disbursements of | $ | 1,137.82 |
| leaving a balance on hand of[1] | $ | 35,571.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014B | Plaza 32 Condominium Association | $ 9,283.37 | $ 9,283.37 | $ 0.00 | $ 9,283.37 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 9,283.37 |
| Remaining Balance | $ | 26,288.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 4,420.93 | $ 0.00 | $ 4,420.93 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 13,561.00 | $ 0.00 | $ 13,561.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 66.11 | $ 0.00 | $ 66.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 67.71 | $ 67.71 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 18,048.04 |
| Remaining Balance | | | $ 8,240.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 565,790.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK | $ 10,968.10 | $ 0.00 | $ 159.74 |
| 000002 | Porfolio Recovery Associates, LLC | $ 12,911.55 | $ 0.00 | $ 188.04 |
| 000005 | Chase Bank USA, N.A. | $ 29,367.17 | $ 0.00 | $ 427.70 |
| 000006 | Chase Bank USA, N.A. | $ 29,336.93 | $ 0.00 | $ 427.25 |
| 000007 | Chase Bank USA, N.A. | $ 1,826.79 | $ 0.00 | $ 26.60 |
| 000008 | CR Evergreen, LLC | $ 10,363.47 | $ 0.00 | $ 150.93 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Bank, FSB | $ 1,273.48 | $ 0.00 | $ 18.55 |
| 000010 | CAPITAL ONE BANK USA, N.A. | $ 3,371.41 | $ 0.00 | $ 49.10 |
| 000011 | CAPITAL ONE BANK USA, N.A. | $ 1,300.17 | $ 0.00 | $ 18.94 |
| 000012 | U.S. Reif Park Place IL, LLC by Mid-America Asset | $ 61,375.64 | $ 0.00 | $ 893.86 |
| 000013 | U.S. Reif Park Place IL, LLC by Mid-America Asset | $ 364,675.50 | $ 0.00 | $ 5,311.04 |
| 000014A | Plaza 32 Condominium Association | $ 3,985.63 | $ 0.00 | $ 58.05 |
| 000015 | CR Evergreen, LLC | $ 5,130.38 | $ 0.00 | $ 74.71 |
| 000016 | Roundup Funding, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017 | American Express Bank, FSB | $ 19,412.19 | $ 0.00 | $ 282.71 |
| 000018 | Commonwealth Edison Company | $ 338.81 | $ 0.00 | $ 4.93 |
| 000019 | Chase Bank USA NA | $ 10,152.78 | $ 0.00 | $ 147.87 |
| 000003 | CLC Consumer Loan SvcAgent for E-Trade | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $          8,240.02

Remaining Balance    $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | The Bank of New York Mellon, et al | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | US BANK NA | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                             Case No. 09-42654-JBS
Joyce Koltz                                                        Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez               Page 1 of 2                   Date Rcvd: Jun 27, 2014
                              Form ID: pdf006             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2014.
db           +Joyce Koltz,    416 Southwood Circle,    Streamwood, IL 60107-2256
14708733     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14708734      American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
14897580      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14708737     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,     Po Box 26012,    Greensboro, NC 27420-6012
14708736     +Bank Of America,    Attn: Bankruptcy NC4-105-02-99,     Po Box 26012,    Greensboro, NC 27420-6012
14996689      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,      PO Box 71083,
               Charlotte, NC    28272-1083
14813448     +CLC Consumer Loan SvcAgent for E-Trade,     Consumer Loan Services,
               Weltman Weinberg & Reis Co LPA,    180 N LaSalle St Ste 2400,    Chicago, IL 60601-2704
14708738      Capital 1,    PO Box 6492,    Carol Stream, IL 60197-6492
14708739     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14708743     +Chase Bank,    Po Box 15298,    Wilmington, DE 19850-5298
15712455      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14870473      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14877994     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,     P.O. Box 740933,
               Dallas, TX 75374-0933
14708744     +Chase Bank/One Card Services,    800 Brooksedge Blvd,     Westerville, OH 43081-2822
14708745      Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14708747     +Countrywide Home Lending,    Po Box 5170,    Simi Valley, CA 93062-5170
14708751     +ER Solutions, Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
14708749     +ETrade Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14708752     +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
14830883     +JPMorgan Chase Bank, National Association,     c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
16523557    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,       P.O. Box 41067,
               Norfolk, VA 23541-1067)
14795151     +PRA Receivables Management, LLC as agent of,      Advanta Bank Corp., a Utah Industrial Ba,
               PO Box 12907,    Norfolk VA 23541-0907
15275368     +Plaza 32 Condominium Association,    c/o Steinberg & Steinberg, Ltd.,
               111 W. Washington St. Suite 1421,    Chicago, IL 60602-3443
20780968      The Bank of New York Mellon, et al,     c/o Prober & Raphael,    Attornys For Secured Creditor,
               P.O. Box 4365,    Woodland Hills, CA 91365-4365
14708756     +U.S. REIF Park Place Illinois, LLC,     3577 Paysphere Circle,    Chicago, IL 60674-0035
17032854    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
14708758      Us Bk Rms Cc,    Cb Disputes,    St Louis, MO 63116
14708759      Washington Mutual,    PO Box 78065,    Phoenix, AZ 85062-8065
14708760     +Washington Mutual Mortgage,    7255 Bay Meadows Way,     Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14708732      E-mail/Text: bkr@cardworks.com Jun 28 2014 00:35:11      Advanta Bank Corp,    Po Box 844,
               Spring House, PA 19477
14708735      E-mail/Text: g17768@att.com Jun 28 2014 00:35:31      AT&T,    PO Box 8100,    Aurora, IL 60507-8100
14894051      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 28 2014 00:39:09       CR Evergreen, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14708746      E-mail/Text: legalcollections@comed.com Jun 28 2014 00:42:41       ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
15363358     +E-mail/Text: legalcollections@comed.com Jun 28 2014 00:42:41       Commonwealth Edison Company,
               Bankruptcy Department,    3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
14708753     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 28 2014 00:35:39       Kohls,    Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
14708754     +E-mail/Text: bankrup@aglresources.com Jun 28 2014 00:35:14       Nicor Gas,    Attn: Bankruptcy Dept,
               1844 Ferry Rd,    Naperville, IL 60563-9600
15281202      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 28 2014 00:38:21       Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14760109     +E-mail/Text: bncmail@w-legal.com Jun 28 2014 00:36:37      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14708757      E-mail/Text: bnc@ursi.com Jun 28 2014 00:35:35      United Recovery Systems,     PO Box 722929,
               Houston, TX 77272-2929
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15335625*     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14708740*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14708741*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14708742*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14708748*    +Countrywide Home Lending,    Po Box 5170,    Simi Valley, CA 93062-5170
14708750*    +E*Trade Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14708761*    +Washington Mutual Mortgage,    7255 Bay Meadows Way,    Jacksonville, FL 32256-6851
```

```
District/off: 0752-1         User: bchavez            Page 2 of 2              Date Rcvd: Jun 27, 2014
                             Form ID: pdf006          Total Noticed: 40

14708755     ##Target National Bank,   Po Box 59317,   Minneapolis, MN 55459-0317
15096582     ##+U S REIF Park Place IL, LLC by MidAmerica Asset,   c/o Robert D. Tepper,
               Schenk, Annes, Brookman & Tepper, Ltd.,   311 S. Wacker Dr., Suite 5125,
               Chicago, IL 60606-6657
15096581     ##+U.S. Reif Park Place IL, LLC by Mid-America Asset,   c/o Robert D. Tepper,
               Schenk, Annes, Brookman & Tepper, Ltd.,   311 South Wacker Dr. SUite 5125,
               Chicago, IL 60606-6657
                                                                                          TOTALS: 0, * 7, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2014                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2014 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Charles M Steinberg    on behalf of Creditor    Plaza 32 Condominium Association
               charlie@steinberg.com
              Christopher M Brown    on behalf of Creditor    BAC Home Loans Servicing, L.P. fka Countrywide Home
               Loans Servicing, L.P. northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
              Gloria C  Tsotsos    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-two@il.cslegal.com
              Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
               preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
               naelipas@maxwellandpotts.com
              Jon N. Dowat    on behalf of Debtor Joyce  Koltz tobadmin@comcast.net,   atty_dowat@bluestylus.com
              Monette W Cope    on behalf of Creditor    CLC Consumer Services as Servicer and Agent for E*Trade
               Bank ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                             TOTAL: 10
```