# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOLTZ, JOYCE | § | Case No. 09-42654 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter      on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014B | PLAZA 32 CONDOMINIUM ASSOCIATION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| COOK COUNTY RECORDER OF DEEDS | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000017 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000010 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000011 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000019 | CHASE BANK USA NA | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CLC CONSUMER LOAN SVCAGENT FOR E-TR | | | | | |
| 000008 | CR EVERGREEN, LLC | | | | | |
| 000015 | CR EVERGREEN, LLC | | | | | |
| 000014A | PLAZA 32 CONDOMINIUM ASSOCIATION | | | | | |
| 000002 | PORFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000016 | ROUNDUP FUNDING, LLC | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| 000012 | U.S. REIF PARK PLACE IL, LLC BY MID | | | | | |
| 000013 | U.S. REIF PARK PLACE IL, LLC BY MID | | | | | |
| 000018 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000021 | THE BANK OF NEW YORK MELLON, ET AL | | | | | |
| 000020 | US BANK NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-42654 | JBS | Judge: JACK B. SCHMETTERER |
|---|---|---|---|
| Case Name: | KOLTZ, JOYCE | | |

For Period Ending: 10/13/14

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 01/20/10 (c) |
| 341(a) Meeting Date: | 02/26/10 |
| Claims Bar Date: | 06/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE - 416 SOUTHWOOD CIRCLE, STREAMWO | 175,000.00 | 5,854.08 | OA | 0.00 | FA |
| 2. RENTAL PROPERTY - 3232 N. HALSTEAD, CHICAGO, IL 60 | 250,500.00 | 0.00 | | 0.00 | FA |
| 3. PROPERTY IN TRUST - 5243 W ALTGELD, CHICAGO, IL 60 | 171,000.00 | 21,593.06 | | 33,024.00 | FA |
| 4. CHECKING ACCOUNT | 50.00 | 50.00 | | 0.00 | FA |
| 5. FURNITURE - COUCH, BED, TABLES, APPLIANCES | 900.00 | 900.00 | | 0.00 | FA |
| 6. WORK CLOTHES | 700.00 | 700.00 | | 0.00 | FA |
| 7. ADP - 401(K) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 8. 1997 FORD EXPLORER - 184,000 MILES | 900.00 | 900.00 | | 0.00 | FA |
| 9. TAX REFUND (u) | 0.00 | 0.00 | | 893.00 | FA |
| 10. RENT RECEIPTS - ALT (u) | 0.00 | 0.00 | | 2,788.86 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.39 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $629,050.00 | $59,997.14 | | $36,709.25 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-settlement with Debtor approved by court, collecting time payments (total 48) of $688.00., beginning August 2010 ending 2014.

Asset Notice filed 3/16/10

ready for TFR as soon as payments from D have been completed (summer 2014)

TFR Filed 6/26/14, hearing 7/29/14, distribution made

TDR IN PROCESS, next status 10/28/14

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-42654    JBS    Judge: JACK B. SCHMETTERER | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KOLTZ, JOYCE | Date Filed (f) or Converted (c):    01/20/10 (c) |
| | | 341(a) Meeting Date:    02/26/10 |
| | | Claims Bar Date:    06/17/10 |

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/14

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-42654  -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KOLTZ, JOYCE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7746  Checking Account |
| Taxpayer ID No: | *******0917 | | |
| For Period Ending: | 10/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 20,627.95 | | 20,627.95 |
| 09/07/12 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #26 | 1110-000 | 688.00 | | 21,315.95 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.01 | 21,302.94 |
| 10/17/12 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #27 | 1110-000 | 688.00 | | 21,990.94 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 21,977.17 |
| 11/07/12 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #28 | 1110-000 | 688.00 | | 22,665.17 |
| 12/05/12 | 3 | Joyce Koltz | Settlement payment number 29 | 1110-000 | 688.00 | | 23,353.17 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.89 | 23,339.28 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 23,324.47 |
| 01/09/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT # 30 | 1110-000 | 688.00 | | 24,012.47 |
| 01/29/13 | 010001 | Cook County Recorder of Deeds 118 N. Clark Chicago, IL 60610 | Record of deed Fee Record of deed Fee | 2990-000 | | 52.00 | 23,960.47 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.43 | 23,925.04 |
| 02/08/13 | 3 | JOYCE KOLTZ | PAYMENT # 31 | 1110-000 | 688.00 | | 24,613.04 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.88 | 24,580.16 |
| 03/12/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #32 | 1110-000 | 688.00 | | 25,268.16 |
| 03/22/13 | 010002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 21.08 | 25,247.08 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.24 | 25,209.84 |
| 04/09/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #33 | 1110-000 | 688.00 | | 25,897.84 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.99 | 25,860.85 |
| 05/08/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT # 34 | 1110-000 | 688.00 | | 26,548.85 |
| 06/05/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #35 | 1110-000 | 688.00 | | 27,236.85 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.24 | 27,197.61 |
| 07/03/13 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #36 | 1110-000 | 688.00 | | 27,885.61 |

Page Subtotals   28,195.95   310.34

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| Case No: | 09-42654 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KOLTZ, JOYCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7746  Checking Account |
| Taxpayer ID No: | *******0917 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.00 | 27,846.61 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.34 | 27,805.27 |
| 08/09/13 | 3 | JOYCE KOLTZ | PAYMENT NUMBER 37 | 1110-000 | 688.00 | | 28,493.27 |
| 09/06/13 | 3 | JOYCE KOLTZ | DEPOSIT # 13 PAYMENT # 38 | 1110-000 | 688.00 | | 29,181.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.10 | 29,139.17 |
| 10/07/13 | 3 | JOYCE KOLTZ | PAYMENT # 39 | 1110-000 | 688.00 | | 29,827.17 |
| | | 416 SOUTHWOOD CIRCLE | | | | | |
| | | STREAMWOOD IL 60107 | | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.76 | 29,785.41 |
| 11/06/13 | 3 | JOYCE KOLTZ | PAYMENT #40 | 1110-000 | 688.00 | | 30,473.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.05 | 30,429.36 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.62 | 30,385.74 |
| 12/09/13 | 3 | JOYCE KOLTZ | PAYMENT # 41 | 1110-000 | 688.00 | | 31,073.74 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.93 | 31,027.81 |
| 01/13/14 | 3 | JOYCE KOLTZ | MONTHLY PAYMENT 42 | 1110-000 | 688.00 | | 31,715.81 |
| 02/07/14 | 3 | JOYCE KOLTZ | PAYMENT NUMBER 43 | 1110-000 | 688.00 | | 32,403.81 |
| 02/07/14 | 010003 | INTERNATIONAL SURETIES, LTD. | bond # 016026455 | 2300-000 | | 34.78 | 32,369.03 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.86 | 32,322.17 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.22 | 32,278.95 |
| 03/10/14 | 3 | JOYCE KOLTZ | PAYMENT # 44 | 1110-000 | 688.00 | | 32,966.95 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.71 | 32,918.24 |
| 04/09/14 | 3 | JOYCE KOLTZ | PAYMENT # 45 | 1110-000 | 688.00 | | 33,606.24 |
| 05/07/14 | 3 | JOYCE KOLTZ | PAYMENT NUMBER 46 | 1110-000 | 688.00 | | 34,294.24 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.09 | 34,246.15 |
| 06/02/14 | 3 | JOYCE KOLTZ | LAST 2 PAYMENTS | 1110-000 | 1,376.00 | | 35,622.15 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.72 | 35,571.43 |

Page Subtotals        8,256.00        570.18

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2                                                                                                      Page:   3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| | |
|---|---|
| Case No: | 09-42654  -JBS |
| Case Name: | KOLTZ, JOYCE |

| | |
|---|---|
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7746  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/14 | 010004 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee c/o 7/29/14 | | | 13,627.11 | 21,944.32 |
| | | | Fees                13,561.00 | 3110-000 | | | |
| | | | Expenses              66.11 | 3120-000 | | | |
| 07/31/14 | 010005 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO,  IL 60603 | Trustee Compensation c/o 7/29/14 | 2100-000 | | 4,420.93 | 17,523.39 |
| 07/31/14 | 010006 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001 Final Payment | 7100-000 | | 159.74 | 17,363.65 |
| 07/31/14 | 010007 | Porfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1037 | Claim 000002, Final Payment | 7100-000 | | 188.04 | 17,175.61 |
| 07/31/14 | 010008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005,  Final Payment | 7100-000 | | 427.70 | 16,747.91 |
| 07/31/14 | 010009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Final Payment | 7100-000 | | 427.25 | 16,320.66 |
| 07/31/14 | 010010 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000007, Final Payment | 7100-000 | | 26.60 | 16,294.06 |
| 07/31/14 | 010011 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121 | Claim 000008, Final Payment | 7100-000 | | 150.93 | 16,143.13 |

Page Subtotals                                    0.00        19,428.30

LFORM24                                                                                                    Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-42654 -JBS | |
| Case Name: | KOLTZ, JOYCE | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7746  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Seattle, WA 98111-9221 | | | | | |
| 07/31/14 | 010012 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Final Payment | 7100-000 | | 18.55 | 16,124.58 |
| 07/31/14 | 010013 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000010, Final Payment | 7100-000 | | 49.10 | 16,075.48 |
| 07/31/14 | 010014 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000011, Final Payment | 7100-000 | | 18.94 | 16,056.54 |
| 07/31/14 | 010015 | U.S. Reif Park Place IL, LLC<br>by Mid-AmericaAsset<br>c/o Robert D. TepperSchenk,<br>Annes, Brookman & Tepper, Ltd.<br>311 South Wacker Dr. SUite 5125<br>Chicago, IL 60606 | Claim 000012, Final Payment | 7100-000 | | 893.86 | 15,162.68 |
| 07/31/14 | 010016 | U.S. Reif Park Place IL, LLC<br>by Mid-America Asset<br>c/o Robert D. Tepper Schenk,<br> Annes, Brookman & Tepper, Ltd.<br>311 South Wacker Dr. SUite 5125<br>Chicago, IL 60606 | Claim 000013, Final Payment | 7100-000 | | 5,311.04 | 9,851.64 |
| 07/31/14 | 010017 | Plaza 32 Condominium Association<br>c/o Steinberg & Steinberg, Ltd.<br>111 W. Washington St. Suite 1421<br>Chicago, IL 60602 | Claim 000014A, Final Payment | 7100-000 | | 58.05 | 9,793.59 |
| 07/31/14 | 010018 | CR Evergreen, LLC<br>MS 550 | Claim 000015, Final Payment | 7100-000 | | 74.71 | 9,718.88 |

Page Subtotals                          0.00         6,424.25

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| | |
|---|---|
| Case No: | 09-42654 -JBS |
| Case Name: | KOLTZ, JOYCE |
| | |
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7746  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/14 | 010019 | PO Box 91121<br>Seattle, WA 98111-9221<br>American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000017, Final Payment | 7100-000 | | 282.71 | 9,436.17 |
| 07/31/14 | 010020 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000019, Final Payment | 7100-000 | | 147.87 | 9,288.30 |
| 07/31/14 | 010021 | Plaza 32 Condominium Association<br>c/o Steinberg & Steinberg, Ltd.<br>111 W. Washington St. Suite 1421<br>Chicago, IL 60602 | Claim 000014B, Full & Final Payment | 4110-000 | | 9,283.37 | 4.93 |
| 07/31/14 | 010022 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #   CLAIM #    DIVIDEND<br>==================================<br>19    000018    4.93 | <br><br><br><br>7100-001 | | 4.93 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 36,451.95 | 36,451.95 | 0.00 |
| Less:  Bank Transfers/CD's | 20,627.95 | 0.00 | |
| Subtotal | 15,824.00 | 36,451.95 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,824.00 | 36,451.95 | |

Page Subtotals                                            0.00                9,718.88

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page: 6

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-42654 -JBS |
| Case Name: | KOLTZ, JOYCE |
| | |
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8683  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/10 | 9 | United States Treasury | TAX REFUND | 1224-000 | 893.00 | | 893.00 |
| 04/26/10 | 10 | Joyce Koltz | April Rent - 5243 W. Altgeld | 1222-000 | 207.86 | | 1,100.86 |
| 04/26/10 | 10 | Joyce Koltz | April Rent - 5243 W. Altgeld | 1222-000 | 1,000.00 | | 2,100.86 |
| 05/24/10 | 10 | Joyce Koltz | May Rent - 5243 W. Altgeld | 1222-000 | 1,000.00 | | 3,100.86 |
| 05/24/10 | 10 | Joyce Koltz | May Rent - 5243 Altgeld | 1222-000 | 581.00 | | 3,681.86 |
| 05/28/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 3,681.91 |
| 06/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,682.01 |
| 07/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,682.10 |
| 08/16/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #1 | 1110-000 | 688.00 | | 4,370.10 |
| 08/31/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #2 | 1110-000 | 688.00 | | 5,058.10 |
| 08/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 5,058.20 |
| 09/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,058.32 |
| 10/01/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT#3 | 1110-000 | 688.00 | | 5,746.32 |
| 10/29/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,746.45 |
| 11/04/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #4 | 1110-000 | 688.00 | | 6,434.45 |
| 11/30/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,434.61 |
| 12/01/10 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #5 | 1110-000 | 688.00 | | 7,122.61 |
| 12/31/10 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,122.79 |
| 01/06/11 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #6 | 1110-000 | 688.00 | | 7,810.79 |
| 01/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,810.98 |
| 02/07/11 | 3 | JOYCE KOLTZ | SETTLEMENT PMT #7 | 1110-000 | 688.00 | | 8,498.98 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 11.85 | 8,487.13 |
| | | ONE SHELL SQUARE | Bond# 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/28/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,487.19 |
| 03/01/11 | 3 | Joyce Koltz | Settlement Payment # 8 | 1110-000 | 688.00 | | 9,175.19 |
| 03/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,175.27 |

| | | | Page Subtotals | | 9,187.12 | 11.85 | |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

**FORM 2**

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-42654 -JBS |
| Case Name: | KOLTZ, JOYCE |
| | |
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8683  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/11 | 3 | Joyce Koltz | Settlement Payment #9 | 1110-000 | 688.00 | | 9,863.27 |
| 04/29/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,863.35 |
| 05/11/11 | 3 | Joyce Koltz | settlement payment #10 | 1110-000 | 688.00 | | 10,551.35 |
| 05/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,551.44 |
| 06/07/11 | 3 | joyce koltz | settlement payment #11 | 1110-000 | 688.00 | | 11,239.44 |
| 06/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,239.53 |
| 07/07/11 | 3 | Joyce Koltz | settlement payment #12 | 1110-000 | 688.00 | | 11,927.53 |
| 07/29/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,927.62 |
| 08/08/11 | 3 | JOYCE KOLTZ | SETTLEMENT PAYMENT #13 | 1110-000 | 688.00 | | 12,615.62 |
| 08/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,615.73 |
| 09/07/11 | 3 | JOYCE KOLTZ | Settlement Payment #14 | 1110-000 | 688.00 | | 13,303.73 |
| 09/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,303.84 |
| 10/10/11 | 3 | Joyce Koltz | Settlement Payment #15 | 1110-000 | 688.00 | | 13,991.84 |
| 10/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,991.96 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 17.46 | 13,974.50 |
| 11/09/11 | 3 | Joyce Koltz | Settlement Payment #16 | 1110-000 | 688.00 | | 14,662.50 |
| | | 416 Southwood Cir | | | | | |
| | | Streamwood, IL 60103 | | | | | |
| 11/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,662.62 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 17.68 | 14,644.94 |
| 12/08/11 | 3 | Joyce Koltz | Settlement Payment #17 | 1110-000 | 688.00 | | 15,332.94 |
| 12/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,333.06 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 18.56 | 15,314.50 |
| 01/12/12 | 3 | JOYCE KOLTZ | Settlement Payment #18 | 1110-000 | 688.00 | | 16,002.50 |
| 01/31/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,002.64 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.48 | 15,982.16 |
| 02/07/12 | 3 | Joyce Koltz | Settlement  Payment #19 | 1110-000 | 688.00 | | 16,670.16 |
| 02/29/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,670.29 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 19.56 | 16,650.73 |

Page Subtotals       7,569.20       93.74

Ver: 18.01

FORM 2                                                                                                    Page:   8
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                        Exhibit 9

Case No:        09-42654 -JBS
Case Name:      KOLTZ, JOYCE

Taxpayer ID No: *******0917
For Period Ending: 10/13/14

Trustee Name:    ANDREW J. MAXWELL, TRUSTEE
Bank Name:       Bank of America, N.A.
Account Number / CD #:   *******8683  Money Market - Interest Bearing

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/16/12 | 3 | Joyce Koltz | settlement payment #20 | 1110-000 | 688.00 | | 17,338.73 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 12.78 | 17,325.95 |
| 03/30/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,326.09 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.75 | 17,305.34 |
| 04/13/12 | 3 | Joyce Koltz | Settlement Payment #21 | 1110-000 | 688.00 | | 17,993.34 |
| 04/30/12 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 17,993.49 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 22.35 | 17,971.14 |
| 05/09/12 | 3 | JOYCE KOLTZ | Settlement Payment #22 | 1110-000 | 688.00 | | 18,659.14 |
| 05/31/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,659.30 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 23.31 | 18,635.99 |
| 06/05/12 | 3 | Joyce koltz | Payment Settlement #23 | 1110-000 | 688.00 | | 19,323.99 |
| 06/29/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 19,324.14 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 22.69 | 19,301.45 |
| 07/10/12 | 3 | JOYCE KOLTZ | Settlement Payment #24 | 1110-000 | 688.00 | | 19,989.45 |
| 07/31/12 | 11 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,989.62 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 25.85 | 19,963.77 |
| 08/16/12 | 3 | Joyce Koltz | Settlement Payment #25 | 1110-000 | 688.00 | | 20,651.77 |
| 08/30/12 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,651.93 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 23.98 | 20,627.95 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 20,627.95 | 0.00 |

Page Subtotals                 4,128.93        20,779.66

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)

FORM 2

Page: 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-42654  -JBS |
| Case Name: | KOLTZ, JOYCE |
| Taxpayer ID No: | *******0917 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8683  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,885.25 | 20,885.25 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 20,627.95 | |
| Subtotal | 20,885.25 | 257.30 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,885.25 | 257.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7746 | 15,824.00 | 36,451.95 | 0.00 |
| Money Market - Interest Bearing - ********8683 | 20,885.25 | 257.30 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 36,709.25 | 36,709.25 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.01